# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

IN THE INTEREST OF J.H.

NO. 2025 KW 0977

**OCTOBER 6, 2025**

---

In Re:  J. H., applying for supervisory writs, Juvenile Court, Parish of Ascension, No. 24637.

---

**BEFORE:**  **McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.** See **State in Int. of R.M.**, 2017-0281 (La. 3/13/18), 239 So.3d 820, 823 (*per curiam*).

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT